IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )
                                    )
          Plaintiffs,               )      No. CR-F-03-5462 AWI
                                    )
     vs.                            )      ORDER EXONERATING BOND
                                    )
JEFFREY S. WINKLER                  ,
                                    )
                                    )
          Defendant.                )
_____ )

The case against the above-named defendant having been concluded, and if required the defendant has surrendered as ordered by the court, the following is ordered:

( ) The defendant's passport is ordered returned:

(X ) The property bond posted is exonerated and reconveyed:

( ) The cash bond posted is exonerated and the money returned to the surety.

IT IS SO ORDERED.

**Dated:   March 10, 2006**              /s/ **Anthony W. Ishii**
0m8i78                              UNITED STATES DISTRICT JUDGE

9/26/96 exonbnd.frm

1