```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF CALIFORNIA
```

```
UNITED STATES OF AMERICA,      )
                               )    1:03-cr-5462 AWI
              Plaintiff,       )
    vs.                        )
                               )    ORDER FOR RETURN OF
JEFFREY SCOTT WINKLER,         )    PASSPORT
                               )
              Defendants.      )
_____)
```

The above-named defendant having surrendered to the custody of the Bureau of Prisons in this matter;

IT IS HEREBY ORDERED that the Passport posted in this matter be returned to the defendant or their representative.

Passport No.: F895407

Receipt No:   100-198789

IT IS SO ORDERED.

Dated:   **January 23, 2008**              /s/ Anthony W. Ishii
                                      UNITED STATES DISTRICT JUDGE